IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 23-cv-01317-RMR | Date: May 26, 2023 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| NAOMI PEÑA VILLASANO, <br><br> Plaintiff, <br><br> v. | Kenneth Parreno (by VTC) <br> Jennifer Weddle <br> Nina Perales (by VTC) <br> Fatima Menendez (by VTC) |
| GARFIELD COUNTY SCHOOL DISTRICT #16, <br> LYNN J. SHORE, in his official capacity as President of the Garfield County School District 16 Board of Education, <br> KIMBERLY S. WHELAN, in her official capacity as Vice-President of the Garfield County School District 16 Board of Education, <br> VINCENT T. TOMASULO, in his official capacity as Secretary/Treasurer of the Garfield County School District 16 Board of Education, <br> STACI R. MCGRUDER, in her official capacity as a Director of the Garfield County School District 16 Board of Education, <br> KEITH GRONEWOLLER, in his official capacity as a Director of the Garfield County School District 16 Board of Education, <br> JENNIFER BAUGH, in her official capacity as Superintendent of Garfield County School District 16, and <br> KELLY MCCORMICK, in his official capacity as Principal of Grand Valley High School, <br><br> Defendants. | Holly Ortiz |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER**

**10:34 a.m.      Court in session.**

Appearances of counsel.

Judge Nina Y. Wang presides over this hearing on behalf of Judge Regina M. Rodriguez.

Argument held regarding Plaintiff's Emergency Motion for Temporary Restraining Order [Doc. 3].

**ORDERED:   Plaintiff's Emergency Motion for Temporary Restraining Order [Doc. 3] is DEEMED ARGUED and SUBMITTED.  The Court will issue a written order as soon as possible today.**

**11:18 a.m.      Court in recess.**

Hearing concluded.
Total time in court:     0:44