



# JEFFERSON COUNTY PUBLIC SCHOOLS

ARVADA SEN. OR HIGH SCHOOL.
7951 West 65th Avenue
Arvada, Colorado 80004

May 11, 1998

Mr. and Mrs. Archie Price
7487 Quay St.
Arvada, Co. 80003

Dear Mr. and Mrs. Price,

The Jefferson County School District R-1 staff has carefully reviewed your request to have your student wear the Kente cloth on the outside of the graduation gown during the Arvada High School graduation ceremony. While we fully understand and embrace the spirit of your request, and reaffirm our commitment to recognizing the importance of each student's pride in his/her heritage, we must deny your request for an exemption from the school graduation dress code for the following reasons:

- We want to preserve the unity of the graduation ceremony.

- All caps and gowns will remain unadorned except for those school-sanctioned tassels worn by Arvada High School Student Council members, National Honor Society members, and National Thespians members.

- While the Kente cloth is a symbol of great dignity and respect, other individuals might choose to wear adornments intended to convey a viewpoint that others might find offensive. If the decision is made to permit any private student expression in the form of individual cap/gown adornments, the First Amendment to the United States Constitution forbids school officials from preventing such expression by others, even if those ideas are distasteful, offensive or divisive.

Certainly your student has the opportunity to wear the Kente cloth prior to the processional and following the recessional of the graduation ceremony. During the graduation ceremony, your student may wish to wear the Kente cloth under the gown. Additionally, your student is strongly encouraged to wear the Kente cloth to the Senior Banquet and other school functions.

**EXHIBIT B**

While we understand that this decision may be disappointing, we fully expect all of our students participating in commencement to abide by the Arvada High School graduation contract. When graduation commences, all students will be required to remove any unauthorized adornments from the outside of their graduation caps or gowns.

We look forward to celebrating your student's achievements and success at the 94th commencement of Arvada High School.

Sincerely,

Ken Robke, Principal